**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Steven O'NEAL, Defendant–Appellant.**

No. 04–10215.

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 15, 2005.

Susan B. Cowger, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Larry Chris Iles, Rockport, TX, for Defendant–Appellant.

Before SMITH, GARZA, and PRADO, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that appellee's unopposed motion to vacate sentence is GRANTED.

IT IS FURTHER ORDERED that appellee's unopposed motion to remand case to district court for re-sentencing in light of the Supreme Court decision in *USA v. Booker* is GRANTED.

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.